[Nos. 39368-9-II; 39803-6-II. Division Two. January 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN A. GOMEZ-VILLA, *Appellant*.

*In the Matter of the Personal Restraint of* MARTIN A. GOMEZ-VILLA, *Petitioner*.

 Judgment *affirmed* and petition *denied* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39687-4-II. Division Two. January 25, 2011.]

RUSSELL OLSON, *Appellant*, v. PIERCE COUNTY, *Respondent*.

 *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong, J., and Taylor, J. Pro Tem.

[Nos. 39744-7-II; 40080-4-II. Division Two. January 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY CLIFFORD RUSSELL, *Appellant*.

 *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ.